**Order entered May 5, 2020**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01534-CR

### CRISTOFER KAMERONTRELL COLEMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F18-59332-T**

### ORDER

Before the Court is appellant's April 30, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before May 29, 2020.

/s/    CORY L. CARLYLE
       JUSTICE